Due to an impermissible separation of the jury, this court originally remanded this case to the circuit court with directions, "to hold an evidentiary hearing on the issue of whether or not any juror was subjected in any manner to outside influence prejudicial to the appellant."
In accordance with our directions on remandment, the trial court has filed a certified copy of the transcript of such hearing and its order finding that, "no prejudicial error or injury resulted from the jury being separated during the trial of the case." We have carefully reviewed the testimony of each and every juror and find the ruling of the trial court to be correct.
On the issue of pretrial publicity, our opinion in Burnett v.State, Ala.Cr.App., 350 So.2d 718 (1977), by Simmons, Retired Circuit Judge, fully covers the issue, and our review of the instant record leads us to the same conclusion reached there.
AFFIRMED.
All the Judges concur.